IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PITRI MOHINDRU, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 4:17-cv-00412 |
| § | |
| SAFECO INSURANCE COMPANY § | |
| OF INDIANA, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the Parties' Agreed Motion to Dismiss with Prejudice (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that all claims that have been and/or could have been asserted in the above-styled and numbered cause are hereby dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil action.
**SIGNED this 17th day of October, 2017.**

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE